# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

JABBAR MUHAMMAD ALI WILLIAMS,

    Petitioner,

v.

STATE OF GEORGIA.;

    Respondent.

CIVIL ACTION NO.: 4:19-cv-12

## O R D E R

After a careful *de novo* review of the entire record, the Court concurs with the Magistrate Judge's October 4, 2019 Report and Recommendation, (doc. 4), to which Petitioner has filed not filed objections. Accordingly, the Court **ADOPTS** the Report and Recommendation, (doc. 4), as the opinion of the Court and **DISMISSES** Plaintiff's 28 U.S.C. § 2254 Petition **WITHOUT PREJUDICE**. Petitioner is also not entitled to a Certificate of Appealability, rendering moot any request for *in forma pauperis* status on appeal. The Court **DIRECTS** the Clerk of Court to **CLOSE** this case.

**SO ORDERED**, this 4th day of December, 2019.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA