# United States District Court
## Southern District of Georgia

JABBAR MUHAMMAD ALI WILLIAMS,

Petitioner,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: 4:19-cv-12

STATE OF GEORGIA,

Respondent.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with this Court's Order dated December 4, 2019, adopting the U.S. Magistrate Judge's Report and Recommendation as the opinion of this Court, Petitioner's 28 U.S.C. § 2254 Petition is DISMISSED without prejudice. Petitioner is not entitled to a Certificate of Appealability, rendering moot any request for in forma pauperis status on appeal.

This case stands closed.

Approved by: _____

December 4, 2019 | Scott L. Poff
Date | Clerk

(By) Deputy Clerk